Submitted on record and briefs September 22, reversed and remanded October 18, 1995

In the Matter of Joan M. Weaver,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

JOAN M. WEAVER,
*Appellant.*

(95MH115; CA A87955)

903 P2d 420

George W. Kelly filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Stephen L. Madkour, Assistant Attorney General, filed the brief for respondent.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded. *State v. Allison*, 129 Or App 47, 877 P2d 660 (1994).